IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANASHA GRAHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-CV-344-WKW |
| | ) | [WO] |
| MILTON WASHINGTON, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT

In accordance with the Order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of August, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE